IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL ANNE COLANGELO and DONALD COLANGELO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-48 |
| | : | |
| **CPL. KATHERINE FRANCK** | : | |

AND NOW, this 5th day of March 2025, upon consideration of Defendant's Motion to Dismiss, Brief in Support, and Plaintiffs' Opposition it is ORDERED and DECREED that the Motion to Dismiss is GRANTED. It is further ordered that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

_____
GAIL A. WEILHEIMER      J